THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (SBN – 012458)
wdemlong@cavanaghlaw.com
Tel:  (602) 322-4000
Fax: (602) 322-4100

Attorneys for Defendant Royal Neighbors of America

IN THE UNITED STATES DISTRICT COURT

THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>           Plaintiff,<br><br>vs.<br><br>Royal Neighbors of America; Dynamic Insurance Services, Inc.,<br><br>           Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

<u>**The Removed Case**</u>

   1.   Pursuant to 28 U.S.C. §§ 1331 and 1441, and 1446, Defendant Royal Neighbors of America ("Royal Neighbors") hereby removes the above-captioned case from the Yuma County Justice Court for the State of Arizona to the United States District Court for the District of Arizona, Yuma Division, and states as follows**:**

   1.   On October 17, 2016, Charles A. Gulden ("Plaintiff") filed this action asserting claims for purported violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.  Compl. ¶¶ 1, 13-31.  The TCPA claims arise out of alleged telephone solicitations to Plaintiff on or about September 29, September 30, and October 3, 2016.  Compl. ¶¶ 3-7.  Plaintiff

seeks statutory damages, post judgment interest, court costs and other expenses in connection with this case.  Compl. at ¶ 32, Relief Requested.

2. This action was filed in the Yuma County Justice Court, First Precinct, Yuma, Arizona, and titled *Gulden v. Royal Neighbors of America & Dynamic Insurance Services, Inc.*, No. 1401cv201601758 ("Complaint").

### Royal Neighbors Has Satisfied The Procedural Requirements For Removal

3. Pursuant to 28 U.S.C. § 1446(a), Royal Neighbors has attached all process, pleadings and orders served in the action as Exhibit A.

4. Co-Defendant Dynamic Insurance Services ("Dynamic") has consented to and joins in the Notice of Removal.  A copy of Dynamic's consent and joinder is attached as Exhibit B.

5. Royal Neighbors received the Summons and Complaint in this action on October 21, 2016.  Thus, this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446.

6. In accordance with Rule 3.6 of the Local Rules of Practice for the United States District Court for the District of Arizona and in accordance with § 1446(d), Royal Neighbors shall give written notice to Plaintiff of its filing of this Notice of Removal and will file a copy of such notice with the clerk of the Yuma County Justice Court, First Precinct, Yuma, Arizona, which is attached has Exhibit C.

### This Court Has Subject Matter Jurisdiction Under 28 U.S.C. §§ 1331 and 1441

7. Federal question jurisdiction exists under 28 U.S.C. § 1331 for claims brought under the TCPA, a federal statute.  *See, e.g.*, *Mims v. Arrow Fin. Servs. LLC*, 132 S. Ct. 740, 747 (2012) (federal courts have federal questions jurisdiction over private TCPA suits).  Hence, Plaintiff's Complaint is removable to this Court, and this Court has jurisdiction over this litigation under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a).

2

8. This Notice is signed pursuant to FED. R. CIV. P. 11, as required by LRCiv 3.6.

9. The time in which Defendant Royal Neighbors Of America has to answer or move with respect to the Complaint has not expired.

WHEREFORE, Defendant Royal Neighbors Of America respectfully requests that this Court assume full jurisdiction over this action.

DATED this 18th day of November, 2016.

**THE CAVANAGH LAW FIRM**

By:    s/William M. Demlong
William M. Demlong
1850 North Central Avenue, Suite 2400
Phoenix, Arizona 85004
Attorneys for Defendant Royal Neighbors of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants was mailed:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
Pro Per

   s/L. Gilroy