**PERRY CHILDERS HANLON
 & HUDSON, PLC**
722 East Osborn Road, Suite 100
Phoenix, Arizona 85014
(602) 254-1444
Fax (602) 266-0691
kturley@pchhlaw.com

Kent E. Turley, #003110
*Attorneys for Defendant Dynamic
 Insurance Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>               Plaintiff,<br><br>vs.<br><br>Royal Neighbors of America; Dynamic Insurance Services, Inc.,<br><br>               Defendant. | Case No.  2:16-cv-04000-DGC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT DYNAMIC INSURANCE SERVICES, INC.**<br><br>**AND**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE THE ENTIRE COMPLAINT** |

      Plaintiff Charles A. Gulden and Defendant Dynamic Insurance Services, Inc. ("Parties"), hereby stipulate to dismiss, with prejudice, Dynamic Insurance Services, Inc. from this action, each side to bear its own costs and attorneys fees.  The parties further stipulate that the entire action be dismissed with prejudice.

      Dated this 12th day of December, 2016.

                                         By /s/ Charles A. Gulden (with permission)
                                             Charles A. Gulden
                                             11802 E. 28th Place
                                             Yuma, AZ  85367
                                             *Pro Per*

By /s/ Kent E. Turley
Kent E. Turley
**PERRY CHILDERS HANLON**
 **& HUDSON, PLC**
722 E. Osborn Road, Suite 100
Phoenix, AZ   85014
*Attorneys for Defendant Dynamic*
 *Insurance Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants was mailed:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ  85367
*Pro Per*

/s/ Heather Permison