IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>             Plaintiff,<br><br>  vs.<br><br>Royal Neighbors of America; Dynamic Insurance Services, Inc.,<br><br>             Defendant. | Case No.  CV16-4000-PHX DGC<br><br>ORDER |

      The parties have filed a stipulation of dismissal as to Dynamic Insurance Services, Inc. (Doc. 9).

      **IT IS ORDERED** that the stipulation (Doc. 9) is **granted**.  Defendant Dynamic Insurance Services, Inc. is dismissed from this action, with prejudice, each party to bear its own costs and attorneys' fees.

      **IT IS FURTHER ORDERED** that the entire action is dismissed with prejudice.

      Dated this 13th day of December, 2016.

_____
David G. Campbell
United States District Judge